```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-00232-HWV
Toni Kathleen Runkle                                                Chapter 13
        Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 1            Date Rcvd: Mar 05, 2019
                               Form ID: ntcnfhrg            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
```
db           +Toni Kathleen Runkle,   1344 Snyder Corner Road,   Red Lion, PA 17356-7832
5152170      +Pionr Midctr,   4700 Belleview Avenue, Suite 300,   Kansas City, MO 64112-1359
5152171      +TD Bank USA / Target Card,   PO Box 673,   Minneapolis, MN 55440-0673
5152172      +TD Retail Card Services,   1000 Macarthur Boulevard,   Mahwah, NJ 07430-2035
5152173      +Toyota Motor Credit Company,   PO Box 9013,   Addison, TX 75001-9013
5165442       Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
5157928      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5152174      +Woodstone at Massanutten,   1822 Resort Dr,   Mc Gaheysville, VA 22840-2241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5152169      +E-mail/Text: EBNProcessing@afni.com Mar 05 2019 19:35:20     Afni, Inc.,   404 Brock Drive,
               PO Box 3097,   Bloomington, IL 61702-3097
5152168       E-mail/Text: BankruptcyNotices@aafes.com Mar 05 2019 19:34:49     AAFES,   PO Box 650060,
               Dallas, TX 75265
5167097       E-mail/Text: BankruptcyNotices@aafes.com Mar 05 2019 19:34:50
               Army & Air Force Exchange Services,   Attention: GC-G,   3911 S. Walton Walker Blvd.,
               Dallas, TX 75236
5152866      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:41:22
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5157308       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2019 19:42:39     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Toni Kathleen Runkle pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Toni Kathleen Runkle,
aka Toni Kathleen Hessberger,

Chapter 13

**Debtor 1**

Case No. 1:19–bk–00232–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 5, 2019 |

ntcnfhrg (03/18)