```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                    Case No. 19-00232-HWV
Toni Kathleen Runkle                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: PamelaRad      Page 1 of 1           Date Rcvd: Nov 25, 2019
                            Form ID: trc         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5170110          E-mail/Text: bnc-quantum@quantum3group.com Nov 25 2019 19:03:58
                 Quantum3 Group LLC as agent for,  MidCountry Bank,  PO Box 788,  Kirkland, WA  98083-0788
                                                                                      TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles   on behalf of Debtor 1 Toni Kathleen Runkle pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 4
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-00232-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Toni Kathleen Runkle
1344 Snyder Corner Road
Red Lion PA 17356

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Quantum3 Group LLC as agent for, MidCountry Bank, PO Box 788, Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for Troia Funding LLC PO Box 788 Kirkland, WA 98083-0788 Quantum3 Group LLC as agent for Troia Funding LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/27/19

Terrence S. Miller
**CLERK OF THE COURT**